**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

Client: 91172-00097

August 27, 2015

VIA ECF AND HAND DELIVERY

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

Re:   Tiffany (NJ) LLC, et al. v. Bruce Forbse, et al., No. 2011 Civ. 4976 (NRB)

Dear Judge Buchwald:

On behalf of Plaintiffs Tiffany (NJ) LLC and Tiffany and Company, we write in further response to the non-party Banks' June 18 letter (ECF No. 87), and to call the Court's attention to a recent default judgment entered by Judge Shira Scheindlin in *Nike, Inc. v. Maria Wu*, 13 Civ. 8012, ECF No. 49 (S.D.N.Y. Aug. 20, 2015) (attached as Exhibit A). In *Nike*, Judge Scheindlin considered a proposed default judgment that is substantively identical to the one at issue in this case. *See* Ex. A at ¶¶ 10–11. As in this case, certain non-party banks—including those that have objected here—cited *Tiffany (NJ) LLC v. Qi Andrew*, No. 10 Civ. 9471 (KPF) and argued that the proposed default judgment should be rejected to the extent that it asked for an accounting of profits and continuation of a freeze on the defendants' assets. *See Nike, Inc. v. Maria Wu*, 13 Civ. 8012, ECF No. 41 (S.D.N.Y. July 17, 2015). Rejecting the Bank's arguments in a written decision, Judge Scheindlin granted "an accounting of profits" and awarded $1 million per mark "as a proxy for Defendants' profits." *See* Ex. A, ¶ 8. As Judge Scheindlin explained, the Banks' objections are not "ripe given that the Proposed Default Judgment is directed entirely at defendants and seeks no enforcement against the non-party Banks." *Nike, Inc. v. Maria Wu*, 13 Civ. 8012, ECF No. 48, at 2 (S.D.N.Y. Aug. 20, 2015) (attached as Exhibit B). Accordingly, we respectfully request that this Court follow Judge Scheindlin, Judge Failla, and Judge Daniels, and enter the proposed judgment including an asset freeze.

Respectfully Submitted,

/s/Robert L. Weigel

Robert L. Weigel